# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

TRIBOROUGH SCAFFOLDING AND HOISTING SERVICES, INC.,

SHANGRI-LA ASTORIA, INC., and NEW YORK FAST GENERAL CONTRACTING CORP.,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

23 CV 7324 ( PKC )(     )

-against-

**NOTICE OF APPEAL**

SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY and ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties:

ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☑ order entered on: October 2, 2026

(date that judgment or order was entered on docket)

that: Found in favor of plaintiffs and against Endurance, declaring that plaintiffs are covered under the Endurance Policy in connection with the Underlying Action.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

October 14, 2026
Dated

[signature]
Signature*

Brill, Melissa F. (MB4374)
Name (Last, First, MI)

3 WTC, 175 Greenwich Street 55th Floor | New York | New York | 10007
Address | City | State | Zip Code

212-908-1257
Telephone Number

mbrill@cozen.com
E-mail Address (if available)

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

APPEAL,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:23−cv−07324−PKC

Triborough Scaffolding and Hoisting Services, Inc. et al v. Southwest Marine and General Insurance Company et al
Assigned to: Judge P. Kevin Castel
Case in other court: State Court−Supreme, 652740/2023
Cause: 28:1332in Diversity−Insurance Contract

Date Filed: 08/17/2023
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Triborough Scaffolding and Hoisting Services, Inc.**

represented by **Alexander Jerome Douglas**
Kenney Shelton Liptak Nowak LLP
140 Allens Creek Road
Suite 220
Rochester, NY 14618
585−232−1911
Email: ajdouglas@kslnlaw.com
*ATTORNEY TO BE NOTICED*

**Matthew C. Ronan**
Kenney Shelton Liptak & Nowak, LLP
233 Franklin Street
Buffalo, NY 14202
716−853−3801
Email: mcronan@kslnlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shangri−La Astoria, Inc.**

represented by **Alexander Jerome Douglas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Ronan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**New York Fast General Contracting Corp.**

represented by **Alexander Jerome Douglas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Ronan**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Southwest Marine and General Insurance Company**

represented by **Anna Lise Isker**
Kaufman Dolowich LLP
One Battery Park Plaza
11th Floor
Suite 1120
New York, NY 10004
646−589−3920
Email: anna.isker@kaufmandolowich.com
*ATTORNEY TO BE NOTICED*

**Eric B. Stern**

Kaufman Dolowich & Voluck LLP
135 Crossways Park Drive
Suite 201
Woodbury, NY 11797
(516) 681−1100
Fax: (516) 681−1101
Email: estern@kdvglaw.com
*ATTORNEY TO BE NOTICED*

**Kristina Inge Duffy**
Kaufman Dolowich & Voluck, LLP
40 Exchange Place
Ste 20th Floor
New York, NY 11249
212−485−9973
Email: kduffy@kdvlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Endurance American Specialty Insurance Company** represented by **Evan Montes−Dawson**
Cozen O'Connor
313 E 60th Street Apt. 2B
New York, NY 10022
503−975−1636
Email: emontes−dawson@cozen.com
*ATTORNEY TO BE NOTICED*

**Melissa F. Brill**
Cozen O'Connor
3 WTC
175 Greenwich Street
Ste 55th Floor
New York, NY 10007
212−908−1257
Email: mbrill@cozen.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2023 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 652740/2023. (Filing Fee $ 402.00, Receipt Number ANYSDC−28165541).Document filed by Endurance American Specialty Insurance Company. (Attachments: # 1 Exhibit Summons & Complaint, # 2 Exhibit Notice of Filing).(Brill, Melissa) (Entered: 08/17/2023) |
| 08/17/2023 | 2 | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Endurance U.S. Holdings Corp., Corporate Parent Endurance Specialty Insurance Ltd., Corporate Parent Endurance Assurance Corporation, Corporate Parent Sompo Japan Nipponkoa Insurance Inc., Corporate Parent Sompo Holdings, Inc., Corporate Parent Sompo International Holdings Ltd. for Endurance American Specialty Insurance Company. Document filed by Endurance American Specialty Insurance Company..(Brill, Melissa) (Entered: 08/17/2023) |
| 08/17/2023 | 3 | **FILING ERROR − PDF ERROR −** CIVIL COVER SHEET filed..(Brill, Melissa) Modified on 8/18/2023 (vf). (Entered: 08/17/2023) |
| 08/17/2023 | 4 | NOTICE OF APPEARANCE by Melissa F. Brill on behalf of Endurance American Specialty Insurance Company..(Brill, Melissa) (Entered: 08/17/2023) |
| 08/18/2023 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Melissa F. Brill to RE−FILE Document No. 3 Civil Cover Sheet. The filing is deficient for the following reason(s): Nature of Suit Error. Place an [X] in One Box Only. Re−file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the** |

| | | |
|---|---|---|
| | | **correct PDF. (vf)** (Entered: 08/18/2023) |
| 08/18/2023 | 5 | CIVIL COVER SHEET filed..(Brill, Melissa) (Entered: 08/18/2023) |
| 08/18/2023 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge P. Kevin Castel. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(vf) (Entered: 08/18/2023) |
| 08/18/2023 | | Magistrate Judge Jennifer Willis is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (vf) (Entered: 08/18/2023) |
| 08/18/2023 | | Case Designated ECF. (vf) (Entered: 08/18/2023) |
| 08/18/2023 | 6 | NOTICE OF APPEARANCE by Eric B. Stern on behalf of Southwest Marine and General Insurance Company..(Stern, Eric) (Entered: 08/18/2023) |
| 08/21/2023 | 7 | NOTICE OF APPEARANCE by Alexander Jerome Douglas on behalf of New York Fast General Contracting Corp., Shangri−La Astoria, Inc., Triborough Scaffolding and Hoisting Services, Inc...(Douglas, Alexander) (Entered: 08/21/2023) |
| 08/21/2023 | 8 | NOTICE OF APPEARANCE by Matthew C. Ronan on behalf of New York Fast General Contracting Corp., Shangri−La Astoria, Inc...(Ronan, Matthew) (Entered: 08/21/2023) |
| 08/21/2023 | 9 | NOTICE OF APPEARANCE by Matthew C. Ronan on behalf of Triborough Scaffolding and Hoisting Services, Inc...(Ronan, Matthew) (Entered: 08/21/2023) |
| 08/24/2023 | 10 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Endurance U.S. Holdings Corp., Other Affiliate Endurance Specialty Insurance Ltd., Other Affiliate Endurance Assurance Corporation, Other Affiliate Sompo Japan Nipponkoa Insurance Inc., Other Affiliate Sompo Holdings, Inc., Other Affiliate Sompo International Holdings Ltd. for Endurance American Specialty Insurance Company. Document filed by Endurance American Specialty Insurance Company..(Brill, Melissa) (Entered: 08/24/2023) |
| 08/24/2023 | 11 | ANSWER to Complaint. Document filed by Endurance American Specialty Insurance Company. (Attachments: # 1 Exhibit A − Endurance Policy Redacted).(Brill, Melissa) (Entered: 08/24/2023) |
| 08/25/2023 | 12 | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by New York Fast General Contracting Corp...(Douglas, Alexander) (Entered: 08/25/2023) |
| 08/25/2023 | 13 | NOTICE OF APPEARANCE by Kristina Inge Duffy on behalf of Southwest Marine and General Insurance Company..(Duffy, Kristina) (Entered: 08/25/2023) |
| 08/25/2023 | 14 | FIRST LETTER MOTION for Extension of Time to File Answer *or otherwise respond to the Complaint* addressed to Judge P. Kevin Castel from Kristina Duffy dated August 25, 2023. Document filed by Southwest Marine and General Insurance Company..(Duffy, Kristina) (Entered: 08/25/2023) |
| 08/28/2023 | 15 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent New York Marine And General Insurance Company, Corporate Parent Coaction Global, Inc. for Southwest Marine and General Insurance Company. Document filed by Southwest Marine and General Insurance Company..(Stern, Eric) (Entered: 08/28/2023) |
| 08/30/2023 | 16 | ORDER INITIAL PRETRIAL CONFERENCE: COUNSEL FOR PLAINTIFF (OR THE REMOVING DEFENDANT) SHALL IMMEDIATELY SEND A COPY OF THIS ORDER TO ALL PARTIES. Counsel for all parties shall appear for an Initial Pretrial Conference, held pursuant to Rule 16 of the Federal Rules of Civil Procedure, |

| | | |
|---|---|---|
| | | November 1, 2023 at 12:45 p.m. Principal trial counsel shall appear at this and all subsequent conferences. For initial pretrial conferences, plaintiff(s)' counsel shall, no later than 5 business days before the conference, email a copy of the agreed upon (or disputed) Civil Case Management Plan & Scheduling Order to: castelnysdchambers@nysd.uscourts.gov. The call−in information for all teleconferences is: Dial−in: (888) 363−4749; Access Code: 3667981. and as set forth herein. SO ORDERED.Telephonic Initial Conference set for 11/1/2023 at 12:45 PM before Judge P. Kevin Castel. (Signed by Judge P. Kevin Castel on 8/30/2023) (ama) (Entered: 08/30/2023) |
| 08/30/2023 | 17 | ORDER: granting 14 Letter Motion for Extension of Time to Answer re 14 FIRST LETTER MOTION for Extension of Time to File Answer or otherwise respond to the Complaint. addressed to Judge P. Kevin Castel from Kristina Duffy dated August 25, 2023. Application Granted. SO ORDERED. Endurance American Specialty Insurance Company answer due 10/9/2023; Southwest Marine and General Insurance Company answer due 10/9/2023. (Signed by Judge P. Kevin Castel on 8/30/2023) (ama) (Entered: 08/30/2023) |
| 09/01/2023 | 18 | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Triborough Scaffolding and Hoisting Services, Inc...(Douglas, Alexander) (Entered: 09/01/2023) |
| 10/09/2023 | 19 | ANSWER to Complaint. Document filed by Southwest Marine and General Insurance Company..(Duffy, Kristina) (Entered: 10/09/2023) |
| 10/16/2023 | 20 | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Jemstone Investment (DE) Inc., Corporate Parent Eastone Shangrila LLC, Other Affiliate Kevin Yu, Other Affiliate Bin Lin for Shangri−La Astoria, Inc.. Document filed by Shangri−La Astoria, Inc...(Douglas, Alexander) (Entered: 10/16/2023) |
| 10/26/2023 | 21 | JOINT LETTER addressed to Judge P. Kevin Castel from Matthew C. Ronan, Esq. dated 10/26/23 Document filed by Triborough Scaffolding and Hoisting Services, Inc...(Ronan, Matthew) (Entered: 10/26/2023) |
| 10/27/2023 | 22 | FIRST LETTER MOTION to Adjourn Conference *scheduled for November 1, 2023* addressed to Judge P. Kevin Castel from Melissa F. Brill dated October 27, 2023. Document filed by Endurance American Specialty Insurance Company..(Brill, Melissa) (Entered: 10/27/2023) |
| 10/27/2023 | 23 | ORDER granting 22 Letter Motion to Adjourn Conference. Conference is adjourned from November 1, 2023 to November 15, 2023. Dial−In No.: 1−888−363−4749, Access Code: 3667981. SO ORDERED. (Signed by Judge P. Kevin Castel on 10/27/2023) (jca) (Entered: 10/27/2023) |
| 11/14/2023 | 24 | NOTICE OF APPEARANCE by Evan Montes−Dawson on behalf of Endurance American Specialty Insurance Company..(Montes−Dawson, Evan) (Entered: 11/14/2023) |
| 11/15/2023 | 25 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: This Civil Case Management Plan (the "Plan") is submitted by the parties in accordance with Rule 26(f)(3), Fed. R. Civ. P. All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). Plaintiffs request jury trial. Southwest Marine objects to jury trial. Deposition due by 3/22/2024. All Fact Discovery due by 2/16/2024. All Expert Discovery due by 3/22/2024. Depositions to be completed by: 2/02/2024. Counsel for the parties have conferred and their present best estimate of the length of trial is: 3 days. The next Telephonic Case Management Conference set for 3/4/2024 at 11:30 AM before Judge P. Kevin Castel. Call−in information is: Dial−In No.: 1−888−363−4749, Access Code: 3667981. and as set forth herein. (Signed by Judge P. Kevin Castel on 11/15/2023) (ama) (Entered: 11/15/2023) |
| 11/15/2023 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Initial Pretrial Conference held on 11/15/2023. The next Case Management Conference is scheduled for March 4, 2024 11:30 a.m. Call−in information is: Dial−In No.: 1−888−363−4749, Access Code: 3667981. (Nacanther, Florence) (Entered: 11/30/2023) |

| | | |
|---|---|---|
| 02/01/2024 | 26 | FIRST LETTER MOTION for Extension of Time to Complete Discovery *to May 16, 2024* addressed to Judge P. Kevin Castel from Evan Montes−Dawson dated February 1, 2024. Document filed by Endurance American Specialty Insurance Company. (Attachments: # 1 Proposed Order Revised Case Management Plan).(Montes−Dawson, Evan) (Entered: 02/01/2024) |
| 02/02/2024 | 27 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: granting 26 Letter Motion for Extension of Time to Complete Discovery. This Civil Case Management Plan (the "Plan") is submitted by the parties in accordance with Rule 26(f)(3), Fed. R. Civ. P. All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). Plaintiffs request jury trial. Southwest Marine objects to jury trial. All fact discovery shall be completed no later than: 5/16/2024. Depositions to be completed by: 5/02/2024. All expert discovery shall be completed no later than: 7/01/2024. Counsel for the parties have conferred and their present best estimate of the length of trial is: 3 days. The March 4 conference is VACATED. The next Case Management Conference is scheduled for 6/03/2024 at 11:20 a.m. Call−in information is: Dial−In No.: 1−888−363−4749, Access Code: 3667981. (Signed by Judge P. Kevin Castel on 2/02/2024) (ama) Modified on 2/2/2024 (ama). (Entered: 02/02/2024) |
| 02/02/2024 | | Set/Reset Deadlines: ( Deposition due by 7/1/2024., Expert Discovery due by 7/1/2024., Fact Discovery due by 5/16/2024.), Set/Reset Hearings:(Telephonic Case Management Conference set for 6/3/2024 at 11:30 AM before Judge P. Kevin Castel.) (ama) (Entered: 02/02/2024) |
| 05/22/2024 | 28 | JOINT LETTER addressed to Judge P. Kevin Castel from Matthew C. Ronan, Esq. dated 5/22/24 re: extension of time to complete all fact discovery. Document filed by Triborough Scaffolding and Hoisting Services, Inc...(Ronan, Matthew) (Entered: 05/22/2024) |
| 05/22/2024 | 29 | **Vacated as to conference per Judge's Order dated 8/6/2024, Doc. # 31** REVISED AND FINAL CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). Plaintiffs request jury trial; SW Marine objects. Counsel for the parties have conferred and their present best estimate of the length of trial is: 3 days. The next Case Management Conference is scheduled for 8/26/2024 at 10:30 a.m. Dial−In No.: 1−888−363−4749, Access Code: 3667981. Depositions due by 7/9/2024. Fact Discovery due by 8/2/2024. Expert Discovery due by 9/13/2024. Telephone Conference set for 8/26/2024 at 10:30 AM before Judge P. Kevin Castel. (Signed by Judge P. Kevin Castel on 5/22/2024) (vfr) Modified on 8/6/2024 (vfr). (Entered: 05/22/2024) |
| 08/06/2024 | 30 | SECOND LETTER MOTION for Extension of Time addressed to Judge P. Kevin Castel from Alexander J. Douglas dated August 6, 2024. Document filed by New York Fast General Contracting Corp., Shangri−La Astoria, Inc., Triborough Scaffolding and Hoisting Services, Inc.. (Attachments: # 1 Exhibit A − Proposed Revised CMO).(Douglas, Alexander) (Entered: 08/06/2024) |
| 08/06/2024 | 31 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER granting 30 Letter Motion for Extension of Time. All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). Plaintiffs request jury trial; SW Marine objects. All fact discovery shall be completed no later than September 27, 2024. Depositions to be completed by September 27, 2024. All expert discovery shall be completed no later than October 13, 2024. Counsel for the parties have conferred and their present best estimate of the length of trial is: 3 days. The August 26, 2024 conference is VACATED. The next Case Management Conference is scheduled for October 18, 2024 at 12:30 p.m. The conference will proceed telephonically. Dial−In No.: 1−888−363−4749, Access Code: 3667981. This ORDER may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend the dates herein ( except as noted in paragraph 6) shall be made in a written application in accordance with paragraph 1(C) of the Court's Individual Practices and shall be made no less than five (5) days prior to the expiration of the date sought to be extended. Depositions due by 9/27/2024. (Signed by Judge P. Kevin Castel on 8/6/2024) (vfr) (Entered: 08/06/2024) |

| | | |
|---|---|---|
| 08/06/2024 | | Set/Reset Deadlines: ( Expert Discovery due by 10/13/2024., Fact Discovery due by 9/27/2024.), Set/Reset Hearings:( Telephone Conference set for 10/18/2024 at 12:30 PM before Judge P. Kevin Castel.) (vfr) (Entered: 08/06/2024) |
| 10/11/2024 | 32 | LETTER addressed to Judge P. Kevin Castel from Matthew C. Ronan, Esq. dated 10/11/2024 re: Summary Judgment Motion Pre−Motion Letter. Document filed by New York Fast General Contracting Corp., Shangri−La Astoria, Inc., Triborough Scaffolding and Hoisting Services, Inc...(Ronan, Matthew) (Entered: 10/11/2024) |
| 10/11/2024 | 33 | LETTER addressed to Judge P. Kevin Castel from Evan Montes−Dawson, Esq. dated October 11, 2024 re: Pre−motion letter. Document filed by Endurance American Specialty Insurance Company..(Montes−Dawson, Evan) (Entered: 10/11/2024) |
| 10/11/2024 | 34 | FIRST LETTER MOTION for Conference *Pre−Motion* addressed to Judge P. Kevin Castel from Kristina Duffy dated 10.11.2024. Document filed by Southwest Marine and General Insurance Company. (Attachments: # 1 Exhibit AI Endorsement, # 2 Exhibit 2017 Subcontract, # 3 Exhibit Backdated Contract).(Duffy, Kristina) (Entered: 10/11/2024) |
| 10/17/2024 | 35 | FIRST LETTER addressed to Judge P. Kevin Castel from Kristina Duffy dated October 17, 2024 re: Opp. to Plaintiff's Letter Requesting Pre−Motion Conf.. Document filed by Southwest Marine and General Insurance Company..(Duffy, Kristina) (Entered: 10/17/2024) |
| 10/18/2024 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Case Management Conference held on 10/18/2024. Appearing for plaintiffs: Matthew Ronan. Appearing for defendant Southwest Marine: Kristina Duffy. Appearing for defendant Endurance: Evan Montes−Dawson. Defendant may move for summary judgment by December 3, 2024. Plaintiff to respond and to file cross−motion for summary judgment by December 20. Defendants reply and its response to plaintiffs motion by January 13. Plaintiffs reply on its motion for summary judgment by January 31, 2025. (Nacanther, Florence) (Entered: 10/18/2024) |
| 11/27/2024 | 36 | FIRST LETTER MOTION for Extension of Time *for Summary Judgment Motion Briefing Schedule* addressed to Judge P. Kevin Castel from Kristina Duffy dated 11/27/2024. Document filed by Southwest Marine and General Insurance Company..(Duffy, Kristina) (Entered: 11/27/2024) |
| 12/03/2024 | 37 | ORDER granting 36 Letter Motion for Extension of Time. Revised schedule is adopted and approved. SO ORDERED. (Signed by Judge P. Kevin Castel on 12/3/2024) (vfr) (Entered: 12/03/2024) |
| 12/03/2024 | | Set/Reset Deadlines: Cross Motions due by 1/13/2025. Motions due by 12/20/2024. Responses due by 1/31/2025 Replies due by 2/13/2025. (vfr) (Entered: 12/03/2024) |
| 12/20/2024 | 38 | MOTION for Summary Judgment . Document filed by Southwest Marine and General Insurance Company. Responses due by 1/13/2025 (Attachments: # 1 Affidavit Statement of Undisputed Facts).(Duffy, Kristina) (Entered: 12/20/2024) |
| 12/20/2024 | 39 | DECLARATION of Greg Lamberti in Support re: 38 MOTION for Summary Judgment .. Document filed by Southwest Marine and General Insurance Company. (Attachments: # 1 Exhibit Southwest Policy, # 2 Exhibit AI Endorsement, # 3 Exhibit Deluxe AI Endorsement).(Duffy, Kristina) (Entered: 12/20/2024) |
| 12/20/2024 | 40 | DECLARATION of Eric Stern in Support re: 38 MOTION for Summary Judgment .. Document filed by Southwest Marine and General Insurance Company. (Attachments: # 1 Exhibit Underlying Comp., # 2 Exhibit Southwest Policy, # 3 Exhibit Southwest Interrogatories, # 4 Exhibit Plaintiffs Resp. to Interrogatories, # 5 Exhibit Rider, # 6 Exhibit Southwest First RFP, # 7 Exhibit Plaintiffs Resp. to RFA, # 8 Exhibit Triborough Contract, # 9 Exhibit Bohrer Trans., # 10 Exhibit Menashe Trans., # 11 Exhibit 05.01.2020 E−Mail, # 12 Exhibit NY Fast Tender Letter, # 13 Exhibit Oleynikov Aff.).(Duffy, Kristina) (Entered: 12/20/2024) |
| 12/20/2024 | 41 | MEMORANDUM OF LAW in Support re: 38 MOTION for Summary Judgment . . Document filed by Southwest Marine and General Insurance Company..(Duffy, Kristina) (Entered: 12/20/2024) |

| | | |
|---|---|---|
| 12/20/2024 | 42 | JOINDER to join re: 40 Declaration in Support of Motion,, 39 Declaration in Support of Motion, 41 Memorandum of Law in Support of Motion, 38 MOTION for Summary Judgment . *Endurance's Joinder to Co−Defendant Southwest's Motion for Summary Judgment*. Document filed by Endurance American Specialty Insurance Company..(Montes−Dawson, Evan) (Entered: 12/20/2024) |
| 01/13/2025 | 43 | CROSS MOTION for Summary Judgment . Document filed by Triborough Scaffolding and Hoisting Services, Inc., Shangri−La Astoria, Inc., New York Fast General Contracting Corp...(Ronan, Matthew) (Entered: 01/13/2025) |
| 01/13/2025 | 44 | RESPONSE in Opposition to Motion re: 38 MOTION for Summary Judgment . *AND IN SUPPORT OF PLAINTIFFS' CROSS−MOTION FOR SUMMARY JUDGMENT*. Document filed by Triborough Scaffolding and Hoisting Services, Inc., Shangri−La Astoria, Inc., New York Fast General Contracting Corp...(Ronan, Matthew) (Entered: 01/13/2025) |
| 01/13/2025 | 45 | MEMORANDUM OF LAW in Support re: 43 CROSS MOTION for Summary Judgment . . Document filed by Triborough Scaffolding and Hoisting Services, Inc., Shangri−La Astoria, Inc., New York Fast General Contracting Corp...(Ronan, Matthew) (Entered: 01/13/2025) |
| 01/13/2025 | 46 | DECLARATION of MATTHEW C. RONAN in Support re: 43 CROSS MOTION for Summary Judgment .. Document filed by Triborough Scaffolding and Hoisting Services, Inc., Shangri−La Astoria, Inc., New York Fast General Contracting Corp.. (Attachments: # 1 Exhibit A − PLAINTIFFS' SUMMONS & COMPLAINT, # 2 Exhibit B − NOTICE OF REMOVAL, # 3 Exhibit C − SOUTHWEST MARINE ANSWER, # 4 Exhibit D − ENDURANCE ANSWER, # 5 Exhibit E − PLAINTIFFS' INTERROGATORY RESPONSES, # 6 Exhibit F − SOUTHWEST POLICY, # 7 Exhibit G − ENDURANCE POLICY, # 8 Exhibit H − SOUTHWEST MARINE EMAIL THREAD, # 9 Exhibit I − BOHRER EBT TRANSCRIPT −DJ, # 10 Exhibit J − HALLEM EBT TRANSCRIPT, # 11 Exhibit K − MENASHE EBT TRANSCRIPT, # 12 Exhibit L − MENASHE SUBPOENA, # 13 Exhibit M − BOHRER EBT TRANSCRIPT − ULA, # 14 Exhibit N − SOUTHWEST MOTION FOR SUMMARY JUDGMENT, # 15 Exhibit O − ENDURANCE'S NOTICE OF JOINDER TO SOUTHWEST MARINE'S SJ MOTION).(Ronan, Matthew) (Entered: 01/13/2025) |
| 01/13/2025 | 47 | DECLARATION of ANTHONY MARTIN in Support re: 43 CROSS MOTION for Summary Judgment .. Document filed by Triborough Scaffolding and Hoisting Services, Inc., Shangri−La Astoria, Inc., New York Fast General Contracting Corp.. (Attachments: # 1 Exhibit A − UNDERWRITERS POLICY, # 2 Exhibit B − SHANGRI−LA−NY FAST AGREEMENT, # 3 Exhibit C − 32 CM−TRIBOROUGH AGREEMENT, # 4 Exhibit D − TRIBOROUGH−RHG AGREEMENT, # 5 Exhibit E − BACKDATED AGREEMENT, # 6 Exhibit F − ULA COMPLAINT, # 7 Exhibit G − ULA AMENDED COMPLAINT, # 8 Exhibit H − ULA THIRD−PARTY COMPLAINT, # 9 Exhibit I − ULA SECOND THIRD−PARTY COMPLAINT, # 10 Exhibit J − ULA THIRD THIRD−PARTY COMPLAINT, # 11 Exhibit K − ULA BILL OF PARTICULARS, # 12 Exhibit L − PAULINO 2.11.21 DEPOSITION, # 13 Exhibit M − PAULINO 7.12.21 DEPOSITION, # 14 Exhibit N − 5.8.19 TENDER, # 15 Exhibit O − 8.2.19 TENDER, # 16 Exhibit P − 4.17.20 DISCLAIMER TO NY FAST, # 17 Exhibit Q − 5.7.20 TENDER, # 18 Exhibit R − 10.25.19 TENDER, # 19 Exhibit S − 4.17.20 DISCLAIMER TO TRIBOROUGH, # 20 Exhibit T − 6.24.20 TENDER, # 21 Exhibit U − 7.13.20 DISCLAIMER).(Ronan, Matthew) (Entered: 01/13/2025) |
| 01/13/2025 | 48 | DECLARATION of JARED BOHRER in Support re: 43 CROSS MOTION for Summary Judgment .. Document filed by Triborough Scaffolding and Hoisting Services, Inc., Shangri−La Astoria, Inc., New York Fast General Contracting Corp.. (Attachments: # 1 Exhibit A − TRIBOROUGH−RHG AGREEMENT).(Ronan, Matthew) (Entered: 01/13/2025) |
| 01/13/2025 | 49 | DECLARATION of ISABELLA HALLEM in Support re: 43 CROSS MOTION for Summary Judgment .. Document filed by Triborough Scaffolding and Hoisting Services, Inc., Shangri−La Astoria, Inc., New York Fast General Contracting Corp.. (Attachments: # 1 Exhibit A − TRIBOROUGH−RHG AGREEMENT, # 2 Exhibit B − BACKDATED AGREEMENT).(Ronan, Matthew) (Entered: 01/13/2025) |

| | | |
|---|---|---|
| 01/31/2025 | 50 | MEMORANDUM OF LAW in Opposition re: 43 CROSS MOTION for Summary Judgment . *and 38 Reply in Further Support of Southwest Summary Judgment Motion*. Document filed by Triborough Scaffolding and Hoisting Services, Inc...(Duffy, Kristina) (Entered: 01/31/2025) |
| 01/31/2025 | 51 | RESPONSE in Opposition to Motion re: 43 CROSS MOTION for Summary Judgment . . Document filed by Triborough Scaffolding and Hoisting Services, Inc...(Duffy, Kristina) (Entered: 01/31/2025) |
| 01/31/2025 | 52 | MOTION for Joinder *to Southwest's Opposition to Plaintiffs' Cross−Motion for Summary Judgment*. Document filed by Endurance American Specialty Insurance Company..(Montes−Dawson, Evan) (Entered: 01/31/2025) |
| 02/13/2025 | 53 | REPLY MEMORANDUM OF LAW in Support re: 43 CROSS MOTION for Summary Judgment . . Document filed by Triborough Scaffolding and Hoisting Services, Inc., Shangri−La Astoria, Inc., New York Fast General Contracting Corp...(Ronan, Matthew) (Entered: 02/13/2025) |
| 05/05/2025 | 54 | NOTICE OF APPEARANCE by Anna Lise Isker on behalf of Southwest Marine and General Insurance Company..(Isker, Anna) (Entered: 05/05/2025) |
| 09/24/2025 | 55 | OPINION AND ORDER re: 43 CROSS MOTION for Summary Judgment . filed by New York Fast General Contracting Corp., Shangri−La Astoria, Inc., Triborough Scaffolding and Hoisting Services, Inc., 38 MOTION for Summary Judgment . filed by Southwest Marine and General Insurance Company. For the foregoing reasons, plaintiffs' motion and defendants' motion for summary judgment are DENIED. The Clerk is respectfully requested to terminate the related motions. (ECF 38, 43, & 52.) SO ORDERED. (Signed by Judge P. Kevin Castel on 9/24/2025) (vfr) (Entered: 09/24/2025) |
| 10/21/2025 | 56 | LETTER addressed to Judge P. Kevin Castel from MATTHEW C. RONAN dated 10/21/2025 re: Requesting Conference. Document filed by Triborough Scaffolding and Hoisting Services, Inc...(Ronan, Matthew) (Entered: 10/21/2025) |
| 10/21/2025 | 57 | MEMO ENDORSEMENT on re: 56 Letter filed by Triborough Scaffolding and Hoisting Services, Inc. ENDORSEMENT: 1. Plaintiff has requested a jury and SW Marine has objected. Unless SW Marine sets forth the basis for a motion to strike the jury request, the case will be tried to a jury! Letter from SW Marine due October 29, 2025. 2. There will be a conference in Courtroom 11D on November 12, 2025 at 12 p.m. at which the Court will set the schedule for further proceeding. SO ORDERED. ( Status Conference set for 11/12/2025 at 12:00 PM in Courtroom 11D, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel.) (Signed by Judge P. Kevin Castel on 10/21/2025) (vfr) (Entered: 10/21/2025) |
| 10/29/2025 | 58 | LETTER addressed to Judge P. Kevin Castel from Eric Stern dated October 29, 2025 re: Order dated October 21, 2025. Document filed by Southwest Marine and General Insurance Company..(Stern, Eric) (Entered: 10/29/2025) |
| 10/30/2025 | 59 | LETTER addressed to Judge P. Kevin Castel from Eric Stern, Esq. dated October 30, 2025 re: Adjournment Request of the Pre−Trial Conference. Document filed by Southwest Marine and General Insurance Company..(Stern, Eric) (Entered: 10/30/2025) |
| 10/30/2025 | 60 | MEMO ENDORSEMENT on re: 59 Letter filed by Southwest Marine and General Insurance Company. ENDORSEMENT: Conference Adjourned From: November 12 at noon To: 11/12/25 at 2:30 p.m. SO ORDERED. ( Pretrial Conference set for 11/12/2025 at 02:30 PM before Judge P. Kevin Castel.) (Signed by Judge P. Kevin Castel on 10/30/2025) (vfr) (Entered: 10/30/2025) |
| 11/05/2025 | 61 | MEMO ENDORSEMENT on re: 58 Letter Order dated October 21, 2025 filed by Southwest Marine and General Insurance Company. ENDORSEMENT: The Octoer 29 letter is deemed a motion to strike the plaintiffs' jury demand. Plaintiff shall respond by November 10, 2025. SO ORDERED. (Signed by Judge P. Kevin Castel on 11/4/25) (yv) (Entered: 11/05/2025) |
| 11/10/2025 | 62 | RESPONSE *of Matthew C. Ronan to defendant's motion for a bench trial*. Document filed by Triborough Scaffolding and Hoisting Services, Inc...(Ronan, Matthew) (Entered: 11/10/2025) |

| | | |
|---|---|---|
| 11/10/2025 | | NOTICE: The conference originally scheduled for Wednesday, November 12, 2025 is adjourned to November 13, 2025 at 11:30 a.m. in Courtroom 11D. (Nacanther, Florence) (Entered: 11/10/2025) |
| 11/13/2025 | 63 | ORDER FOLLOWING PRETRIAL CONFERENCE: As a result of a Pre−Trial Conference held before the Court today, the following is ORDERED: 1. The parties jointly agree to proceed with a bench trial without a jury. 2. Plaintiffs' direct testimony by affidavit and trial brief to be filed by January 23, 2026. 3. Defendants' direct testimony by affidavit and trial brief to be filed by February 13, 2026. 4. Plaintiffs to submit their portion of the JPTO to defendants by January 23, 2026 and proposed JPTO to be filed by February 20, 2026. Parties' counsel directed to meet and confer on stipulations to be included in JPTO. The Final Pretrial Conference will be held on March 11, 2026 at 2:00 pm. Any conference scheduled for a date prior thereto is adjourned. SO ORDERED. ( Brief due by 2/13/2026., Proposed Pretrial Order due by 2/20/2026., Final Pretrial Conference set for 3/11/2026 at 02:00 PM before Judge P. Kevin Castel.) (Signed by Judge P. Kevin Castel on 11/13/2025) (vfr) (Entered: 11/13/2025) |
| 11/13/2025 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Interim Pretrial Conference held on 11/13/2025. Appearing for plaintiffs: Matthew C. Ronan. Appearing for defendants Southwest Marine and General Insurance Company: Eric B. Stern, Appearing for defendant Endurance American Specialty Insurance Co.: Evan Montes−Dawson. The Final Pretrial Conference is scheduled for March 11, 2026 at 2:00 p.m. in Courtroom 11D. See, Order Following Pretrial Conference. (Nacanther, Florence) (Entered: 11/14/2025) |
| 12/11/2025 | 64 | LETTER addressed to Judge P. Kevin Castel from Eric Stern, Esq. dated December 11, 2025 re: Adjournment Request for Filing Deadlines. Document filed by Southwest Marine and General Insurance Company..(Stern, Eric) (Entered: 12/11/2025) |
| 12/15/2025 | 65 | FINAL REVISED SCHEDULING ORDER: The schedule in the Order of November 13, 2025 is revised to the following final schedule: 1. The January 23, 2026 date in paragraphs 2 and 4 is extended to March 25, 2026. 2. The February 13, 2026 date in paragraph 3 is extended to April 15, 2026. 3. The February 20, 2026 date in paragraph 4 is extended to April 22, 2026. 4. The Final Pre−Trial Conference scheduled for March 11, 2026 is adjourned to May 6, 2026 at 2 p.m. SO ORDERED. Final Pretrial Conference set for 5/6/2026 at 02:00 PM before Judge P. Kevin Castel. Proposed Pretrial Order due by 4/22/2026. (Signed by Judge P. Kevin Castel on 12/15/2025) (vfr) (Entered: 12/15/2025) |
| 12/15/2025 | | Set/Reset Deadlines: Brief due by 3/25/2026. (vfr) (Entered: 12/15/2025) |
| 03/24/2026 | 66 | TRIAL BRIEF *OF PLAINTIFFS*. Document filed by Triborough Scaffolding and Hoisting Services, Inc.. (Attachments: # 1 Affidavit Trial Declaration of Jared Bohrer, # 2 Affidavit Trial Declaration of Isabella Hallem, # 3 Affidavit Trial Declaration of Anthony Martin, # 4 Exhibit A − TRIBOROUGH−RHG AGREEMENT, # 5 Exhibit B − UNDERWRITERS POLICY, # 6 Exhibit C − SHANGRI−LA−NY FAST CONTRACT, # 7 Exhibit D − 32CM−TRIBOROUGH AGREEMENT, # 8 Exhibit E − BACKDATED AGREEMENT, # 9 Exhibit F − ULA COMPLAINT, # 10 Exhibit G − ULA AMENDED COMPLAINT, # 11 Exhibit H − ULA THIRD−PARTY COMPLAINT, # 12 Exhibit I − ULA SECOND THIRD−PARTY COMPLAINT, # 13 Exhibit J − ULA THIRD THIRD−PARTY COMPLAINT, # 14 Exhibit K − 2.11.21 PAULINO DEPOSITION, # 15 Exhibit L − 7.12.21 PAULINO DEPOSITION, # 16 Exhibit M − ULA BOHRER DEPOSITION, # 17 Exhibit N − 5.8.19 TENDER, # 18 Exhibit O − 8.2.19 TENDER, # 19 Exhibit P − 10.25.19 TENDER, # 20 Exhibit Q − 5.7.20 TENDER, # 21 Exhibit R − DISCLAIMER TO NY FAST, # 22 Exhibit S − DISCLAIMER TO TRIBOROUGH, # 23 Affidavit Trial Declaration of Matthew C. Ronan, # 24 Exhibit T − SJ DECISION, # 25 Exhibit U − SOUTHWEST MARINE POLICY, # 26 Exhibit V − ENDURANCE POLICY, # 27 Exhibit W − SOUTHWEST MARINE EMAIL, # 28 Exhibit X − MENASHE DEPOSITION, # 29 Exhibit Y − HALLEM DEPOSITION, # 30 Exhibit Z − DJ BOHRER DEPOSITION).(Ronan, Matthew) (Entered: 03/24/2026) |
| 04/01/2026 | 67 | LETTER addressed to Judge P. Kevin Castel from Eric Stern, Esq. dated 04/01/2026 re: Trial Rules. Document filed by Southwest Marine and General Insurance Company..(Stern, Eric) (Entered: 04/01/2026) |

| | | |
|---|---|---|
| 04/01/2026 | 68 | MEMO ENDORSEMENT on re: 67 Letter filed by Southwest Marine and General Insurance Company. ENDORSEMENT: The exhibits need and should only be marked once and may be offered by either side. (Signed by Judge P. Kevin Castel on 4/1/2026) (rro) (Entered: 04/02/2026) |
| 04/15/2026 | 69 | TRIAL BRIEF . Document filed by Southwest Marine and General Insurance Company. (Attachments: # 1 Affidavit Trial Declaration of Gil Menashe, # 2 Affidavit Trial Declaration of Eric Stern, # 3 Exhibit Exhibit DX 1 − DJ Complaint, # 4 Affidavit Trial Declaration of Greg Lamberti, # 5 Exhibit Exhibit DX 2 − October 2019 Tender, # 6 Exhibit Exhibit DX 3 − May 2020 Email, # 7 Exhibit Exhibit DX 4 − May 21, 2020 Tender, # 8 Exhibit Exhibit DX 5 − June 13, 2020 Disclaimer, # 9 Exhibit Exhibit DX 6 − Southwest Marine Limits Endorsement).(Stern, Eric) (Entered: 04/15/2026) |
| 04/15/2026 | 70 | TRIAL BRIEF . Document filed by Endurance American Specialty Insurance Company. (Attachments: # 1 Exhibit DX 7 Notice to Admit, # 2 Exhibit Trial Declaration of Irina Reym).(Montes−Dawson, Evan) (Entered: 04/15/2026) |
| 04/22/2026 | 71 | PROPOSED PRE−TRIAL ORDER. Document filed by New York Fast General Contracting Corp., Shangri−La Astoria, Inc., Triborough Scaffolding and Hoisting Services, Inc...(Ronan, Matthew) (Entered: 04/22/2026) |
| 05/04/2026 | 72 | LETTER addressed to Judge P. Kevin Castel from Eric Stern, Esq. dated 05/04/2026 re: Pre−Trial Conference and Trial Schedule. Document filed by Southwest Marine and General Insurance Company..(Stern, Eric) (Entered: 05/04/2026) |
| 05/04/2026 | 73 | ORDER: The trial of the action will commence on July 14, 2026 at 11:00 am and continue on July 15 and 16 commencing at 10:00 am. SO ORDERED. ( Jury Trial set for 7/14/2026 at 11:00 AM before Judge P. Kevin Castel., Jury Trial set for 7/15/2026 at 10:00 AM before Judge P. Kevin Castel., Jury Trial set for 7/16/2026 at 10:00 AM before Judge P. Kevin Castel.) (Signed by Judge P. Kevin Castel on 5/4/2026) (vfr) (Entered: 05/04/2026) |
| 05/06/2026 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Final Pretrial Conference held on 5/6/2026. Final pretrial conference held on 5/6/2026. Appearing for plaintiffs: Matthew C. Ronan. Appearing for defendant Southwest Marine and General Insurance Company: Eric B. Stern. Appearing for defendant Endurance American Specialty Insurance Co.: Melissa F. Brill, Evan Montes−Dawson. Trial is rescheduled to commence on June 23, 2026 at 11 a.m. (Nacanther, Florence) (Entered: 05/06/2026) |
| 05/15/2026 | 74 | ACKNOWLEDGMENT OF SERVICE of Subpoena served on Gil Menasche on 05/13/2026. Service was accepted by Gil Menasche. Document filed by Southwest Marine and General Insurance Company..(Stern, Eric) (Entered: 05/15/2026) |
| 05/18/2026 | 75 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER. Document filed by Southwest Marine and General Insurance Company..(Stern, Eric) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 5/18/2026 (tp). (Entered: 05/18/2026) |
| 05/18/2026 | | *****NOTICE TO ATTORNEY REGARDING REJECTION OF PROPOSED ORDER TO BRING PERSONAL ELECTRONIC DEVICE(S) OR GENERAL PURPOSE COMPUTING DEVICE(S) INTO THE COURTHOUSES OF THE SDNY FOR USE IN A PROCEEDING OR TRIAL. Notice to Attorney Eric B. Stern re: Document 75 Proposed Order, was rejected by the Clerk's Office for the following reason, the Order to Bring Personal Electronic Device(s) or General Purpose Computing Device(s) Into the Courthouses of the SDNY for Use in a Proceeding or Trial should not be electronically filed. Please download and review the Local Rules, Judge's Individual Rules of Practice and ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions.. (tp)** (Entered: 05/18/2026) |
| 06/02/2026 | 76 | LETTER addressed to Judge P. Kevin Castel from Eric Stern, Esq. dated 6/2/2026 re: Interpreter for Witness. Document filed by Southwest Marine and General Insurance Company..(Stern, Eric) (Entered: 06/02/2026) |
| 06/23/2026 | 77 | PRETRIAL ORDER: The parties previously agreed to a bench trial. It is anticipated that no more than two days will be needed for trial. (AS FURTHER SET FORTH IN |

| | | |
|---|---|---|
| | | THIS ORDER.) SO ORDERED. (Signed by Judge P. Kevin Castel on 6/23/2026) (vfr) (Entered: 06/23/2026) |
| 06/23/2026 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Bench Trial held on 6/23/2026. Appearing for plaintiff, Matthew Ronan. Appearing for defendant Southwest Marine and General Insurance Company, Eric Stern, Anna Lise Isker. Appearing for defendant Endurance American Specialty Insurance Company, Evan Montes−Dawson, Melissa Brill. Plaintiff Testimony of Jared Bohrer and Isabella Hallem. Plaintiff rests. Defendant Testimony of Gil Menashe. Defense rests. Evidence in the case is closed. Court reserves decision. Post Hearing Submissions Schedule: Plaintiffs proposed findings of fact and conclusions of law due July 17, 2026, defendants to respond and to file their own submissions due July 31, 2026. (Court Reporter Tracy Groth and Dana Holland) (Nacanther, Florence) (Entered: 06/26/2026) |
| 07/17/2026 | 78 | POST TRIAL MEMORANDUM. Document filed by New York Fast General Contracting Corp., Shangri−La Astoria, Inc., Triborough Scaffolding and Hoisting Services, Inc.. (Attachments: # 1 Supplement Trial Transcript).(Ronan, Matthew) (Entered: 07/17/2026) |
| 07/31/2026 | 79 | POST TRIAL MEMORANDUM. Document filed by Southwest Marine and General Insurance Company..(Stern, Eric) (Entered: 07/31/2026) |
| 07/31/2026 | 80 | POST TRIAL MEMORANDUM. Document filed by Endurance American Specialty Insurance Company..(Montes−Dawson, Evan) (Entered: 07/31/2026) |
| 07/31/2026 | 81 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW. Document filed by Endurance American Specialty Insurance Company..(Montes−Dawson, Evan) (Entered: 07/31/2026) |
| 10/02/2026 | 82 | FINDINGS OF FACT AND CONCLUSIONS OF LAW: The Court finds in favor of plaintiffs and against Southwest Marine and Endurance on Counts One and Two of plaintiffs' complaint declaring that (1) Southwest Marine must defend and indemnify plaintiffs as additional insureds on a primary and noncontributory basis in connection with Underlying Action; (2) Southwest Marine must reimburse plaintiffs for all actual and necessary defense costs incurred by them or on their behalf in connection with the Underlying Action; and (3) plaintiffs are covered under the Endurance Policy in connection with t he Underlying Action. Plaintiffs shall submit a proposed final judgment with a supporting declaration within seven days. SO ORDERED. (Signed by Judge P. Kevin Castel on 10/2/2026) (vfr) (Entered: 10/02/2026) |
| 10/07/2026 | 83 | LETTER addressed to Judge P. Kevin Castel from Matthew C. Ronan, Esq. dated October 7, 2026 re: Letter to Court requesting extension to submit a proposed final judgment with a supporting declaration. Document filed by Triborough Scaffolding and Hoisting Services, Inc...(Ronan, Matthew) (Entered: 10/07/2026) |
| 10/08/2026 | 84 | MEMO ENDORSEMENT on re: 83 Letter, filed by Triborough Scaffolding and Hoisting Services, Inc. ENDORSEMENT: Application granted. SO ORDERED. (Signed by Judge P. Kevin Castel on 10/7/2026) (vfr) (Entered: 10/08/2026) |
| 10/14/2026 | 85 | NOTICE OF APPEAL from 82 Findings of Fact & Conclusions of Law,,,. Document filed by Southwest Marine and General Insurance Company. Filing fee $ 605.00, receipt number ANYSDC−33606503. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Stern, Eric) (Entered: 10/14/2026) |
| 10/14/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 85 Notice of Appeal,..(nd) (Entered: 10/14/2026) |
| 10/14/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 85 Notice of Appeal, filed by Southwest Marine and General Insurance Company were transmitted to the U.S. Court of Appeals..(nd) (Entered: 10/14/2026) |
| 10/14/2026 | 86 | NOTICE OF APPEAL from 82 Findings of Fact & Conclusions of Law,,,. Document filed by Endurance American Specialty Insurance Company. Filing fee $ 605.00, receipt number ANYSDC−33611185. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Brill, Melissa) (Entered: 10/14/2026) |